UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| United States of America | : | Hon. J. Zahid N. Quraishi |
| | : | Crim. No. 23-cr-002 (ZNQ) |
| v. | : | |
| | : | ORDER  MODIFYING |
| HARRY PIZUTELLI | : | SELF- SURRENDER |
| | : | DATE |

This matter having come before the Court on the application of defendant, Harry

Pizutelli, through his counsel, Benjamin J. West, for an Order Modifying Self-Surrender Date,

and for good cause shown,

IT IS ON THIS __12th___ day of May 2026,

ORDERED that Mr. Harry Pizutelli's self-surrender date be modified as follows:

*1. Mr. Pizutelli's self-surrender date will be extended to June 12, 2026 at 12:00 pm.*

It is further ORDERED that all other Release Conditions remain in full force and effect.

_____

Hon. Zahid N. Quraishi
United States District Judge